No. 10–814. MORTIMER OFF SHORE SERVICES, LTD. v. FEDERAL REPUBLIC OF GERMANY. C. A. 2d Cir. Certiorari de-

nied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.